**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
                                           :

UNITED STATES OF AMERICA          :

      -against-             :           **ORDER**

                                           :           19 Cr. 514-1 (JPO)
**Antonio Mora**                           :               Docket #
------------------------------------x

__J. Paul Oetken__, **DISTRICT JUDGE**.
    Judge's Name

The attorney retained in this case,

__Matthew Myers__ is hereby ordered
   Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                                                            **SO ORDERED.**

                                                    _____
                                                         J. PAUL OETKEN
                                                     United States District Judge

**Dated:** 7/30/2020