

Myers & Galiardo, LLP | 52 D...

> Granted. The pretrial conference is adjourned to November 10, 2020, at 2:00 p.m. The Court hereby excludes time through November 10, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> October 13, 2020
>
> /s/ J. PAUL OETKEN
> United States District Judge

Hon. J Paul Oetkin
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

US . Antonio Mora, 19 Cr 514 (JPO)

Your Honor:

I am the newly assigned attorney on US v. Antonio Mora. I have been in Las Vegas, Nevada for the better part of a month on a sensitive legal matter. I hereby ask permission of this Court for an additional 2-3 weeks to file my pre-trial motions in this matter.

This defendant has been housed at MCC under Reg 870360-054. I do not want him to be produced and forced into a 21-day mandatory quarantine as a result of a simple conference. It is fairly apparent this case is heading toward trial as the defendant has rejected all plea agreements thus far. To be transparent I think a conference (with all of its moving parts) should be adjourned to another date so we can get a better handle on a true trial date in light of the buildup of cases which qualify to be tried before this one. The defendant's case is slightly complicated by his connection to other matters which I need to investigate further.

I have spoken to the defendant numerous times on the phone but I have yet to meet this defendant in person (because of the pandemic's visitation restrictions at the jail) and discuss the affidavits and other issues which would need to be filed if a proper pre-trial motion is forthcoming.

I suggest, with the Government's agreement of course, we adjourn the conference to the week of November 9 or November 10 if possible. I'm asking Your Honor to allow me to file my motions (if any) by November 4, 2020 so all parties can review those motions and make a determination if they effect a trial schedule in 2021.

Most Respectfully,

/s/Matthew D. Myers

N • Y • C