

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

Hon. J Paul Oetken  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

November 9, 2020

US . Antonio Mora, 19 Cr 514 (JPO)

Your Honor:

I am the assigned attorney on US v. Antonio Mora.

The defendant has been housed at MCC under Reg 870360-054. I spoke with Mr. Mora last Friday for 45 minutes and he agreed to not be produced in-person for the conference. Because of this last minute cancellation which brings upon us logistical issues in arranging a teleconference I will agree to adjourn our conference for 2-3 weeks so we can get together for upcoming scheduling issues.

I have been diligently going through the volumes of discovery and communicating with Mr. Mora. There is still the possibility of resolving this matter. That said, even if we were to have a trial it is fairly apparent it would not be held until 2021.

I am asking to adjourn the scheduling conference to the first week in December.

The Defense consents to the exclusion of speedy trial time until our next December conference.

> Granted. The November 10, 2020 pretrial conference is adjourned to December 7, 2020, and will be held remotely, subject to the defendant's consent after discussion with counsel. The manner of remote conference and time will be posted on ECF via notice prior to the conference date. The Court hereby excludes time through December 7, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> November 10, 2020

Most Respectfully,

/s/Matthew D. Myers

J. PAUL OETKEN  
United States District Judge