

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

Hon. J Paul Oetkin  March 3, 2021
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application to be Relieved as Assigned Counsel

**US v. Antonio Mora, 19 Cr 514 (JPO)**

Your Honor:

    I represent Mr. Antonio Mora in the above referenced matter.

    I am asking the Court to assign Mr. Mora to another attorney from the CJA Panel. Mr. Mora has made baseless accusations about numerous issues which clearly affect my ability to zealously advocate on his behalf. I think it would be unprofessional to catalogue the less than proper behavior on the part of Mr. Mora in this letter, but rather, simply move on from this matter.

    Since the local federal facilities are just opening up for in-person consultation I had planned on visiting Mr. Mora this week for the first time since I was assigned. I have since cancelled that visit as I do not believe it would be fruitful in light of Mr. Mora's recent belligerent tirades.

    I understand prior counsel, Bobbi Sternheim, had similar problems with Mr. Mora and I have done my best to be sensitive to the defendant's issues. Nevertheless, I do not believe it is in the best interest of Mr. Mora that I continue my representation.

    I am sorry to inconvenience the parties.

Most Respectfully,

/s/Matthew D. Myers

**Defendant Antonio Mora's jury trial has already been adjourned once, and it is now scheduled for July 12, 2021. The Defendant has obtained substitute CJA counsel once. The Court is not inclined to replace CJA counsel again unless there is clearly good cause to do so. Therefore the Court will schedule a conference to discuss this matter, which may be by telephone or video if the Defendant consents.**
  **So ordered:  3/11/2021**

J. PAUL OETKEN
United States District Judge