

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

Hon. J Paul Oetkin  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

March 27, 2021

**US v. Antonio Mora, 19 Cr 514 (JPO)**

Your Honor:

I represent Mr. Antonio Mora in the above referenced matter. I have spoken with Mr. Mora to resolve some of our differences. Part of his frustration lies in the fact that I have been unable to visit with him personally and review discovery as he is in a quarantine unit of MCC which has not permitted in-person jail visits for over a year. As soon as the Legal Department of MCC permits me to visit Mr. Mora I will go directly and spend the necessary time with him, which I am sure will relieve his concerns.

The second issue I wish to bring to the Court's attention is the fact that Judge Rakoff recently moved my 3-week trial (US v Scales 19 CR 96) to July 7, 2021 which would obviously conflict with our July 12, 2021 trial date. The matter before Judge Rakoff involves a murder for hire as well as a defendant with mental health issues who is adamant his trial move forward in a speedy fashion.

I have communicated with the prosecutors who are concerned that the cooperators in our matter will have to testify in a concurrent matter at the end of August, and thus, could create a conflict were we to schedule this case anytime in August of 2021. This is a long way of stating that the defense is asking for an adjournment in this matter until mid-September because of the conflicts involved in the trial schedule with Judge Rakoff as well as the Government's concern that cooperators will be involved in a concurrent matter in late August who would also have to testify at our trial.

I'm asking the Court to adjourn this matter for 60 days to resolve these scheduling conflicts and to be able to visit Mr. Mora in person so I can go over the discovery with him. Because of the pandemic and the quarantining of certain units at MCC I have never visited Mr. Mora in-person since being assigned to this matter. Additionally, Mr. Mora has been unable to visit the law library to view his discovery because of the restrictions at the jail.

The Government has no objection to the request for the adjournment.

> Granted. The Court will adjourn the trial to a date in September 2021 if that is preferable for the parties. The parties should be prepared to address specific trial dates and pretrial deadlines at the next conference, which is scheduled for April 21, 2021, at 11:00 a.m. That conference will be held in person in Courtroom 706 at Foley Square unless the Court directs otherwise.
>  So ordered: 4/6/2021

Most Respectfully,

/s/Matthew D. Myers

_____  
J. PAUL OETKEN  
United States District Judge