

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 12, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Antonio Mora*, 19 Cr. 514 (JPO)

Dear Judge Oetken:

    The parties jointly respectfully write to request the following schedule for pretrial disclosures and filings:

- 3500 and motions in limine – October 7, 2021
- Opposition to motions in limine – October 14, 2021
- Requests to charge, voir dire, exhibits, witness lists – October 21, 2021
- Final PTC and oral argument on motions in limine – October 21, 2021 at 2:00 p.m.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for
the Southern District of New York

By: _____/s/ Mathew Andrews_____
Mathew Andrews
Assistant United States Attorney
(212) 637-6526

> The schedule proposed herein is adopted.
> The conference previously scheduled for September 10, 2021, is adjourned. The final pretrial conference will take place on October 21, 2021, at 2:00 p.m.
> So ordered.
> 8/13/2021

_____
J. PAUL OETKEN
United States District Judge