UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>　　　　-v-<br><br>ANTONIO MORA,<br>　　　　　　　　　Defendant. | 19-CR-00514 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for October 27, 2021, is hereby adjourned to November 1, 2021. This case is the first-priority case for jury selection on November 1, 2021, so that is a firm trial date and the parties shall prepare accordingly. The other pretrial filing and disclosure deadlines remain as previously set.

　　　　SO ORDERED.

Dated: September 13, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge