UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA           :    ORDER
                                                           :
         -v.-                                          :    19 Cr. 514 (JPO)
                                                           :
ANTONIO MORA,                              :
                                                           :
                        Defendant.          :
                                                           :
-----------------------------------------------------------x

Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Mathew Andrews, Courtney Heavey, and Danielle R. Sassoon, of counsel, for an order precluding the dissemination of certain materials produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972), with the consent of the defendant, and for good cause shown,

IT IS HEREBY ORDERED that counsel for defendant ANTONIO MORA must destroy or return to the Government all § 3500 and *Giglio* material and any copies thereof for all non-expert Government witnesses (the "3500 Material") at the later of either the conclusion of the trial of this matter or when any appeal has become final.

IT IS FURTHER ORDERED THAT the defense is prohibited from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense, except during Court proceedings at trial.

Dated: New York, New York
      September 24, 2021

_____
J. PAUL OETKEN
United States District Judge