

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

Hon. J Paul Oetkin  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

October 6, 2021

**US v. Antonio Mora, 19 Cr 514 (JPO)**

Your Honor:

    I represent Mr. Antonio Mora in the above referenced matter.

    Today, October 6, 2021 important discovery concerning trial witnesses and other pertinent 3500 material relevant to the trial slated for November 1, 2021 has been turned over to the defense. Additionally, the defense recently turned over a blank hard drive to be used to copy discovery and be sent to the MCC where Mr. Mora is incarcerated.

    We ask this Court to order the Bureau of Prisons and its representatives that Mr. Mora be permitted to review this important discovery for a minimum of 3 days per week at a minimum of 2 hours per day.

Most Respectfully,

/s/Matthew D. Myers

**Oct. 7, 2021**

SO ORDERED:

_____  
J. PAUL OETKEN  
United States District Judge

N • Y • C