UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

           -v-

ANTONIO MORA,
                    Defendant.

19-CR-514 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case is scheduled for trial beginning in 10 days – on November 1, 2021.

    It is the Court's understanding that the Metropolitan Correctional Center (MCC) is closed as of today, October 22, 2021, and that all MCC inmates have been transferred to the Metropolitan Detention Center (MDC) in Brooklyn or to other facilities.

    The Bureau of Prisons (BOP) is directed to allow Mr. Mora to review discovery for a minimum of three days per week at a minimum of two hours per days, as ordered by this Court on October 7, 2021.  (Dkt. No. 88.)

    It is further ordered that the BOP expeditiously transfer Mr. Mora's personal possessions from the MCC to the MDC, including but not limited to the discovery provided to Mr. Mora.

    SO ORDERED.

Dated: October 22, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge