UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTONIO MORA,
                Defendant.

19-CR-514 (JPO)

ORDER

To: METROPOLITAN DETENTION CENTER, BROOKLYN, NEW YORK

WHEREAS, Antonio Mora is an incarcerated individual at the Metropolitan Detention Center, Brooklyn, New York ("MDC") under Register Number 87036-054; and

WHEREAS, trial in this matter is scheduled to commence on November 1, 2021 and to continue for approximately one week; and

WHERFORE, Mr. Mora requires three sets of court clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Mora be permitted to receive up to three sets of suitable trial clothes at MDC prior to November 1, 2021 and to maintain such clothes during the full pendency of trial.

    SO ORDERED.

Dated: October 28, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge